*E-FILED - 1/31/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ARVELLO L. TUFONO, | ) | No. C 10-4777 RMW (PR) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| JAMES NWAIZUGBU, | ) | |
| Defendant. | ) | |

The court has dismissed the instant civil rights complaint for failure to state a cognizable claim for relief under 42 U.S.C. § 1983. A judgment of dismissal is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 1/28/11

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\CR.10\Tufono777jud.wpd